UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

10-1357
_____

UNITED STATES OF AMERICA

v.

DUSTAN DENNINGTON,
                                        Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania

District Court No. 1:07-cr-00043-001

District Judge: The Honorable Sean J. McLaughlin
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 17, 2010

Before: SLOVITER, BARRY, and SMITH, *Circuit Judges*


ORDER


        The not precedential opinion in the above captioned matter filed on October 6, 2010, is
AMENDED as follows:  The term "magistrate judge" that appears on pages 5 - 10 and 13-16 of
the opinion shall be capitalized so that it appears as "Magistrate Judge."



                                        By the Court,

                                        /s/ D. Brooks Smith
                                        U.S. Circuit Judge


October 7, 2010
tmk/cc: Robert L. Eberhart, Esq.
Thomas W. Patton, Esq.